DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ZOLDAN,**
Appellant,

v.

**NEXSTAR TITLE AND ESCROW, LLC,** and **THE ENTRADA CONDOMINIUM, INC.,**
Appellees.

No. 4D19-463

[December 5, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 13-010631-25.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Neil F. McGuinness of McGuinness & Cicero, Sunrise, for appellee The Entrada Condominium, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***